AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

DANA SMITH,

                    Plaintiff,

    v.                          JUDGMENT IN A CIVIL CASE

STATE OF WASHINGTON DEPT. OF
SOCIAL AND HEALTH SERVICES, et al.,    CASE NUMBER: CV-10-176-JLQ

                    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment of dismissal without prejudice is entered pursuant to Order filed August 13, 2010.

August 13, 2010                              JAMES R. LARSEN
*Date*                                            *Clerk*
                                                s/ Shirley Peters
                                                *(By) Deputy Clerk*
                                                Shirley Peters